and Another, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Smith, Merrell, Greenbaum and Finch, JJ.

## SECOND DEPARTMENT, OCTOBER, 1922.

JOHN BEET, Appellant, v. GUY LOOMIS and Others, Respondents.— Motion to dispense with printing of record denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN BEET, Appellant, v. GUY LOOMIS and SHERMAN LOOMIS, Individually and as Executors of and Trustees under the Last Will and Testament of JOHN S. LOOMIS, Deceased, Respondents.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOHN BEET, Appellant, v. CARL J. VOFREI and Another, Respondents.— Motion to dispense with printing of record denied, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

GUSTAV BLANK, Respondent, v. THE BROOKLYN CITY RAILROAD COMPANY, Appellant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the November term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, Manning, Kelby and Young, JJ.

EDWARD P. CARR, Respondent, v. FRANCES S. CARR, etc., Appellant, and OSWALD C. STACKHOUSE and JAMES R. KINGSLEY, Defendants.— Motion for stay denied, and stay vacated, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

GEORGE C. ELDRIDGE, Appellant, v. ANGELO PINTO and Another, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

WILLIAM FRICKE, Respondent, v. PREMIUM DAIRY COMPANY, INC., Appellant.— Motion for stay granted, without costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOSEPH FRIED, Respondent, v. PEPPARD REALTY COMPANY, INC., and Others, Appellants.— Motion to dismiss appeal denied on condition that appellants perfect the appeal for the December term (for which term this case is set down), and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

JOSEPH FRIED, Respondent, v. PEPPARD REALTY COMPANY, INC., and Others, Appellants.— Motion to dispense with printing record denied. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

NELSON E. GRAVES, Respondent, v. JAMES C. DAVIS, as Agent of the United States Railroad Administration, Appellant.— Motion for reargument denied, without costs. Motion for leave to appeal to the Court of Appeals granted. Present — Blackmar, P. J., Kelly, Manning, Kelby and Young, JJ.

ALLEN T. HAIGHT, etc., Appellant, v. TITLE GUARANTEE AND TRUST COMPANY